M/D:1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Franklin D. Collins Jr. )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )
Montgomery County Detention )
Facility )
 )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED
2013 JUN 18 P 12:04

CIVIL ACTION NO. 2:13-CV-423-WHA
(To be supplied by Clerk of U.S. District
Court) MIDDLE DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?     YES ☐     NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Montgomery County Detention Facility   J1-3A16

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Montgomery County Detention Facility  C

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Montgomery Co. Det. Facility   PO Box 4599  Montgomery al 36103
2. Terrance Brown
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2002 - 03
c.1

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Terrance Brown Used My I.D. to Committ Crimes there of

· Terrance Brown From Southlawn
AKA - Shorty Brown
5'4" or 5'3"
Age Between 45 - 48
Repeat Offender in Prison
Address Might Be Greensborough Dr.

"also incarcerated in 2003"
known for Burglary and Theft

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I told My Lawyer that Terrance Brown Committed Felonies in My Name in 2003 He admitted it to the Courts in 2002- and I was Released

GROUND TWO: I Went to Get My Drivers liscence in 2010 and Was told I Was Charged With Possession of Marijuana 1st Degree

SUPPORTING FACTS: I had to pay $350.00 to get My liscence at the Driver liscence Division at Coliseum BLVD (334) 242-4400 Thats My Proof - this when I found out about 10 Other felonies (_____ the Record___)

GROUND THREE: the Crime of Possession of Marijuana 1st Degree was Committed in 2003 - I was in Prison

SUPPORTING FACTS: My Records will Show from 2000 - 2003 - I was Sentenced to 15 split 3 in 2003 - The Pictures and Finger prints will prove I'm Innocent the were done on the Old way of fingerprinting The Finger Prints and My Picture "Dont Match" he used.

VI. b STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like Copies of all Information Dates, Arrest Records, Photographs, Fingerprints From all Felonys. I Should have 3 Felonies on Record - The State Says I have 8 Felonies

_Franklin D. Collins_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/14/13
(Date)

_Franklin D. Collins_
Signature of plaintiff(s)

Franklin D. Collins #5096
M.C.D.F.
P.O. Box 4599
Montgomery Al 36103



Office of the Clerk
United States District Court
One Church St. Suite B-110
Montgomery Al 36104-4018

**INMATE MAIL**