IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN D. COLLINS, JR.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:13-CV-423-WHA |
| ) | |
| MONTGOMERY COUNTY   ) | |
| DETENTION FACILITY, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED;

2. The § 1983 claims presented against the named defendants are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's challenge to the constitutionality of his confinement and/or conviction imposed upon him by an Alabama state court is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time; and

4. This case is DISMISSED prior to service of process in accordance with the

provisions of 28 U.S.C. § 1915(e)(2)(B)(i) & (ii).

A separate judgment shall issue.

Done this 22nd day of July, 2013.

                                        /s/ W. Harold Albritton
                                    SENIOR UNITED STATES DISTRICT JUDGE